Ryan J. Lukson
Benton County Prosecuting Attorney's Office
7122 W. Okanogan Place, Bldg. A
Kennewick, WA 99336
Phone: 509.735.3591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN J. SNEDDEN,<br><br>              Plaintiff,<br><br>v.<br><br>SHERIFF KEANE, LT. GUERRERO<br><br>              Defendants. | NO.  CV-11-422-LRS<br><br>**ORDER TO DISMISS UNDER FED. R. CIV. P. 12 (b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |

THIS MATTER came on regularly before the Court on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, ECF No. 12.

The Court has considered Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) and Memorandum of Law in support of Defendants' Motion to Dismiss. Plaintiff did not oppose the motion. The Court, being fully advised, hereby:

ORDER OF DISMISSAL - 1

GRANTS Defendants' Motion, ECF No. 12, and ORDERS Plaintiff's claims against Defendants be dismissed with prejudice for failure to state a claim upon which relief can be granted.

The District Court Executive shall enter this order, provide a copy to pro se Plaintiff and CLOSE FILE.

IT IS SO ORDERED.

DATED this 3rd day of January, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

PRESENTED BY:

ANDY MILLER
Prosecuting Attorney


By  s/Ryan J. Lukson
RYAN J. LUKSON, Deputy
Prosecuting Attorney, Civil
WSBA #43377
Attorney for Benton County Defendant
7122 W. Okanogan Place, Bldg. A
Kennewick, WA 99336
Telephone:  (509) 735-3591
Fax:  (509) 222-3705
Email:  Ryan.Lukson@co.benton.wa.us

ORDER OF DISMISSAL - 2

**BENTON COUNTY PROSECUTING ATTORNEY**
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591